*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL HEALTH & WELFARE TRUST FUND, TRUSTEES OF THE INLAND EMPIRE IBEW-NECA HEALTH TRUST, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE RIVERSIDE COUNTY EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SAN BERNARDINO COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE INLAND EMPIRE LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, CONTRACT COMPLIANCE FUND, NATIONAL ELECTRICAL INDUSTRY FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, <br><br>      Plaintiffs, <br><br>  vs. <br><br>LOS ANGELES SIGNAL CONSTRUCTION, INC., a California corporation, <br><br>      Defendant. | Case No.: CV 11-8311-GW(FMOx) <br><br> Assigned to the Honorable George H. Wu <br><br> **JUDGMENT** |

LA11CV08311GW-J JS-6.DOC

[Proposed] Judgment

This action having been commenced on October 6, 2011, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendant Los Angeles Signal Construction, Inc., and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Riverside County Electrical Health & Welfare Trust Fund, Trustees of the Inland Empire IBEW-NECA Health Trust, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Riverside County Educational and Training Trust Fund, Trustees of the San Bernardino County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the Inland Empire Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Contract Compliance Fund, National Electrical Industry Fund and Los Angeles Electrical Workers Credit Union, shall recover from defendant Los Angeles Signal Construction, Inc., the principal amount of $335,908.32, plus pre-judgment interest and post judgment interest thereon at the rate of eight percent (8%) per annum from February 1, 2012, until paid in full.

Dated: February 13, 2012

_____
GEORGE H. WU, U.S. DISTRICT JUDGE

LA11CV08311GW-J JS-6.DOC

[Proposed] Judgment